CH

KC **FILED**

DEC 2 7 2007

Dec 27 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Selena Davis

(Please print)

STREET ADDRESS: 4928 w. Concord place

CITY/STATE/ZIP: Chicago IL 60639

PHONE NUMBER: 773-237-4445

CASE NUMBER: _____ 07CV7264
JUDGE GOTTSCHALL
MAGISTRATE JUDGE VALDEZ

_____
Signature

12-27-07
Date