# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Selena Davis,        Plaintiff,<br>v.<br>Chicago Board of Education and Judith Adams,<br>Defendants. | Case Number: 07 C 7264<br><br>Judge Gottschall<br><br>Magistrate Valdez |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Judith Adams

| |
|---|
| NAME (Type or print)<br>Sunil Kumar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Sunil Kumar |
| FIRM<br>Board of Education of the City of Chicago |
| STREET ADDRESS<br>125 South Clark Street, Suite 700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6229651 | TELEPHONE NUMBER<br>773-553-1700 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] |