UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SELENA DAVIS,<br>　　　　Plaintiff,<br>v.<br>CHICAGO BOARD OF EDUCATION AND<br>JUDITH ADAMS,<br>　　　　Defendants. | Case No. 07 C 7264<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

TO:　Selena Davis
　　　4928 West Concord Place
　　　Chicago, IL 60639

　　　**PLEASE TAKE NOTICE** that I shall appear before the Honorable Judge Gottschall, or before such other Judge sitting in her place and stead, on **Wednesday**, the **27th** day of **February, 2008** at **9:30 a.m.,** or as soon thereafter as counsel may be heard and present the attached **DEFENDANT ADAMS' MOTION TO DISMISS TITLE VII AND ADEA CLAIMS**, which I have filed today with Clerk of the United State District Court for the Northern District of Illinois.

　　　Dated at Chicago, Illinois this 20th day of February, 2008.

　　　　　　　　　　　　　　　　Respectively submitted,
　　　　　　　　　　　　　　　　Patrick J. Rocks
　　　　　　　　　　　　　　　　General Counsel

　　　　　　　BY:　s/Sunil Kumar
　　　　　　　　　　Sunil Kumar, Assistant General Counsel
　　　　　　　　　　Board of Education of the City of Chicago
　　　　　　　　　　125 South Clark Street, Suite 700
　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　(773) 553-1700

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused a true and correct copy of the above and foregoing Notice to be served upon the Selena Davis at 4928 W. Concord Place, Chicago, Illinois 60639 via U.S. Mail deposited at 125 South Clark Street, Chicago, Illinois before the hour of 5:00 p.m. on February 20, 2008.

                                                         /s/ Sunil Kumar
                                                           Sunil Kumar