## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Selena Davis

                    Plaintiff,

v.                                             Case No.: 1:07−cv−07264
                                             Honorable Joan B. Gottschall

Chicago Public Schools, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

    MINUTE entry before Judge Joan B. Gottschall :Status hearing held on 2/27/2008. Briefing schedule as to MOTION by Defendant Judith Adams to dismiss Title VII and ADEA Claims [10] is as follows : Responses due by 4/14/2008. Replies due by 5/5/2008. Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.