UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SELENA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 7264 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| ) | |
| CHICAGO BOARD OF EDUCATION AND ) | Magistrate Judge Valdez |
| JUDITH ADAMS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:  Patrick J. Rocks
     General Counsel
     Board of Education of the City of Chicago
     125 S Clark Street, Suite 700
     Chicago, Illinois 60603

   Please take notice that the attached Appearance and Response to Defendant Adam's Motion To Dismiss Title VII and ADEA Claims were filed today with the Clerk of the United States District Court for the Northern District of Illinois.

   Dated at Chicago, Illinois this 14th Day of April, 2008.

                              Respectfully submitted,
                              J. Christopher Murray
                              Attorney for Plaintiff
                              640 N LaSalle Street, Suite 284
                              Chicago, Illinois 60610-8111
                              (312) 703-9950

## CERTIFICATE OF SERVICE

I hereby certify that I ~~have caused~~ will cause a true and correct copy of the above and foregoing Notice of Filing and Response to Defendant Adam's Motion To Dismiss Title VII and ADEA Claims to be served upon the attorney of record for Judith Adams at the above listed address via U.S. Mail deposited at 640 N LaSalle Street, Chicago before the hour of 5:00 p.m. on April 14, 2008.

                              J. Christopher Murray

UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SELENA DAVIS,                       )
                                    )
        *Plaintiff*,                )
                                    )   Case No. 07 C 7264
    v.                              )
                                    )   Judge Joan B. Gottschall
                                    )
CHICAGO BOARD OF EDUCATION AND      )   Magistrate Judge Valdez
JUDITH ADAMS,                       )
                                    )
        *Defendants.*               )

### RESPONSE TO DEFENDANT ADAM'S MOTION TO DISMISS TITLE VII AND ADEA CLAIMS

Plaintiff Selena Davis responds to **Defendant Judith Adams' Motion To Dismiss Title VII and ADEA Claims**, stating as follows:

Plaintiff does not dispute Adams' claims that individuals are not liable under the ADEA and Title VII, and that Adams served as Plaintiff's supervisor, but not as her employer. Plaintiff does wish to make specific additions to Adams' prayer for relief.

As Adams notes in the introduction section of her motion, Plaintiff filed this complaint *pro se*. Prior to the filing of an appearance on her behalf today by J. Christopher Murray, she was not able to obtain legal representation. A major factor hindering her in this regard has been her lack of funds which Plaintiff alleges is a proximate result of the wrongful actions of *both* defendants. Prior to this time, Plaintiff therefore did not have the requisite legal knowledge or access to legal counsel to properly formulate her allegations against either Defendant.

While Plaintiff does not object to the dismissal with prejudice of her claims under Title VII and the ADEA against Adams, she asks for leave of Court to file an amended petition within 30 days. She also requests that the Court retain personal jurisdiction over Defendant Adams

during this time. Plaintiff believes that if the Court provides such an order, she will be able to file a complaint with a count the Court will find confers federal question jurisdiction against Adams.

Wherefore, Plaintiff respectfully requests that this Court grant her 30 days to file an amended complaint against both defendants, that it retain personal jurisdiction against Defendant Adams during this time, and that it dismiss her ADEA and Title VII claims against Adams with prejudice at any time consistent with the other items of relief requested.

Respectfully submitted,

J. Christopher Murray
Attorney for Plaintiff
640 N LaSalle Street, Suite 284
Chicago, Illinois 60610-8111
(312) 703-9950