U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 07 C 7264

Selena Davis

v.

Chicago Public Schools, Judith Adams

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BOARD OF EDUCATION OF THE CITY OF CHICAGO, Defendant

| NAME (Type or print) |
| --- |
| Patrick J. Rocks |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Patrick J. Rocks |
| FIRM   Board of Education of the City of Chicago |
| STREET ADDRESS   125 S. Clark St., 7th Floor |
| CITY/STATE/ZIP   Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6189606 | (773) 553-1700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES☐ NO ☒ |
| --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES☐ NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |